UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

William Grimm and Jeff Seipel, as Trustees of
the Minnesota Laborers Health and Welfare
Fund and Minnesota Laborers Pension Fund;
James Brady and Keith Kramer, as Trustees of
the Minnesota Laborers Vacation Fund; Tom
Vevea and Gary Reed, as Trustees of the
Construction Laborers' Education, Training,
and Apprenticeship Fund of Minnesota and
North Dakota; and Ronald Thornburg and
Cindy Ecklund, as Trustees of the Minnesota
Laborers Employers Cooperation and
Education Trust; and each of their successors,

       Plaintiffs,

vs.

Charles Thompson, d/b/a Slate Construction Inc., and
Slate Construction Company of Mpls., Inc.

       Defendants.

_____

Civil File No.  07-0175 PAM/JSM

**ORDER OF
DISMISSAL**

      Pursuant to the Stipulation of the parties, this matter is hereby dismissed without

prejudice.

      **IT IS SO ORDERED.**

Dated: April ___25___, 2008

       s/Paul A. Magnuson_____
      Paul A. Magnuson, Judge
      United States District Court